David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2025

Florida Attorney General Service
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Roberto J. Diaz
J. Patrick Fitzgerald & Associates, PA
110 MERRICK WAY STE 3B
CORAL GABLES, FL 33134-5236

Christopher M. Sutter
Office of the Attorney General
110 SE 6TH ST FL 10
FORT LAUDERDALE, FL 33301

Appeal Number:  25-10016-DD
Case Style:  Frank Polo, Sr. v. Scott Bernstein, et al
District Court Docket No:  1:23-cv-21684-RNS

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Supplemental Appendix filed by Appellees Scott M.
Bernstein, Marcia Del Rey and Thomas Logue.
Reason(s) no action being taken on filing(s): A motion to file the document(s) out of time has
not been filed. See 11th Cir. R. 42-1(b)..

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected
document out of time (after its due date), it must be accompanied by an appropriate
motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed,
and/or a motion to recall the mandate if the mandate has issued.

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken