# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10016

_____

FRANK E. POLO, SR.,

                                      Plaintiff-Appellant,

versus

SCOTT M. BERNSTEIN,
in his Personal and Official Capacity,
MARCIA DEL REY,
in her Personal and Official Capacity,
SPENCER MULTACK,
in his Personal and Official Capacity
JUDGE THOMAS LOGUE,
MANUEL A SEGARRA, III,
in his Personal and Official Capacity, et al.,

                                      Defendants-Appellees,

| | | |
|---|---|---|
| 2 | Order of the Court | 25-10016 |

BERTILA SOTO,

in her official capacity, et al.,

                                                                           Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21684-RNS

_____

ORDER:

      Appellant's motion to withdraw his request for relief from the ECF header requirement is GRANTED. That request is WITHDRAWN.

      Appellant's motions to correct docket entry 28 are DENIED AS MOOT.

      The motions by Appellees Bernstein, Del Rey, Multack, and Logue to file their appendix out of time are GRANTED. Appellant's motions to strike are DENIED.

                                          /s/ Embry J. Kidd
                                          UNITED STATES CIRCUIT JUDGE