# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10016

_____

FRANK E. POLO, SR.,

                                                      *Plaintiff-Appellant,*

versus

SCOTT M. BERNSTEIN,
   in his Personal and Official Capacity,
MARCIA DEL REY,
   in her Personal and Official Capacity,
SPENCER MULTACK,
   in his Personal and Official Capacity
JUDGE THOMAS LOGUE,
MANUEL A SEGARRA, III,
   in his Personal and Official Capacity, et al.,

                                                  *Defendants-Appellees,*

BERTILA SOTO,
   in her official capacity, et al.,

                                                        *Defendants.*

2                           Order of the Court                           25-10016

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21684-RNS

_____

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

      The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Panel Rehearing also is DENIED. FRAP 40.