# In the
# United States Court of Appeals
## For the Eleventh Circuit

––––––––––––––––––––––

No. 25-10016

––––––––––––––––––––––

FRANK E. POLO, SR.,

*Plaintiff-Appellant,*

*versus*

SCOTT M. BERNSTEIN,
  in his Personal and Official Capacity,
MARCIA DEL REY,
  in her Personal and Official Capacity,
SPENCER MULTACK,
  in his Personal and Official Capacity
JUDGE THOMAS LOGUE,
MANUEL A SEGARRA, III,
  in his Personal and Official Capacity, et al.,

*Defendants-Appellees,*

BERTILA SOTO,
  in her official capacity, et al.,

*Defendants.*

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21684-RNS

———————————————

ORDER:

    Appellant's motion to stay the issuance of the mandate
pending a petition for writ of certiorari is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION